STANLEY KWAPIS, Appellant, v. AMERICAN RADIATOR COMPANY, Respondent.— Order affirmed, without costs of this appeal to either party. All concur.

(The order denies permission to the administratrix of the deceased plaintiff to continue the action and serve an amended complaint.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.